UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **CATHERINE ISABELLA MORRIS** | Civil Case No. 3:14-CV-01018-KI |
| Plaintiff, | JUDGMENT |
| v. | |
| **PORTLAND PUBLIC SCHOOLS, Superintendent, DISTRICT SCHOOL BOARD, HUMAN RESOURCES ADMINISTRATION** | |
| Defendants. | |

Catherine Isabella Morris
PO Box 173
Salem, OR 97308

    Pro Se Plaintiff

KING, Judge:

    Based on the record,

    IT IS ORDERED AND ADJUDGED that this action is dismissed with prejudice.

    DATED this    11th    day of July, 2014.


                                     /s/ Garr M. King
                                   GARR M. KING
                                   United States District Court Judge